UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON DAVID YONAI,

              Petitioner,

  vs.

SVSP Superintendent Ms. EVANS,

              Respondent.

_____/

No. C 07-1290 PJH (PR)

**ORDER OF DISMISSAL**

      This is a habeas case filed pro se by a state prisoner challenging his conviction of violating a prison rule.  In the initial review order the petition was dismissed with leave to amend within thirty days.  In that order petitioner was warned that if he did not amend within the time allowed the case would be dismissed.  He has not amended.  In the same order, leave to proceed in forma pauperis was denied and he was ordered to pay the filing fee within thirty days; has not done so.

      This case therefore is **DISMISSED** without prejudice.  The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated:  May 20, 2008.

_____
      PHYLLIS J. HAMILTON
      United States District Judge

United States District Court
For the Northern District of California

G:\PRO-SE\PJH\HC.07\YONAI290.DSM-no amendment.wpd